UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CLERK'S DEFAULT

CLEMENT SEYNOUR, and others similarly-situated,,

    Plaintiff(s),

v.

NY DISCOUNT CENTER, INC. A Florida corporation

    Defendant(s).
_____/

CASE NO. 10-20438-CV-MORENO

FILED by _____ D.C.

**Mar 18, 2010**

STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **NY DISCOUNT CENTER, INC. A Florida corporation,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) NY DISCOUNT CENTER, INC. A Florida corporation, as of course, on this date March 18, 2010.

        **STEVEN M. LARIMORE**
        CLERK OF COURT

          /s/ Teresa Erwin
    By: _____
       Teresa Erwin
       Deputy Clerk

cc:    Hon. Federico Moreno
        Counsel of Record
        NY Discount Center, Inc.